# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　)　　Case No. CR-22-380-R<br>　　　　　　　　　　　　　　　　　)<br>ANDREWE STEVEN HANSEN, 　　　)<br>　　a/k/a Andrew Steven Hansen, 　　 )<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendant. 　　　　　　　　　)| |

## UNOPPOSED MOTION TO ENLARGE
## TIME FOR FILING SENTENCING MEMORANDUM

Andrewe Steven Hansen, through counsel, Henry A. Meyer, III, requests this Court to enlarge the period of time for filing a Sentencing Memorandum, from November 23, 2023 to December 6, 2023. Counsel for Mr. Hansen has not filed a motion in this Court asking for an enlargement of time in this case prior to this Motion.

Counsel for Defendant Hansen can confirm with the Court that pursuant to Local Rule LCrR12.1(f)(6), attorney for Defendant communicated with counsel for the United States of America, Mary E. Walters, and that the United States of America has no objection to this request for enlargement of time.

Counsel for the Defendant has communicated with Mr. Hansen and he is aware that this Motion is being made, that counsel continues to be involved in other litigation (both criminal and civil), and that this request for additional time is made in good faith. Counsel for Defendant notes that the Final Presentence Investigation Report (PSR) was received on

November 9, 2023, resulting in the Sentencing Memorandum being due on November 23, 2023, which is Thanksgiving Day when the Courts are closed.

    WHEREFORE, premises considered, Defendant Andrewe Steven Hansen requests additional time to file his Sentencing Memorandum on December 6, 2023.

                              Respectfully submitted,

                              /s/ Henry A. Meyer, III
                              Henry A. Meyer, III, OBA No. 6163
                              KRAHL, GOERKE, MEYER & BEHENNA, PLLC
                              210 Park Avenue, Suite 3030
                              Oklahoma City, OK 73102-8005
                              Telephone:     405-232-3800
                              Facsimile:       405-232-8999
                              Email:   hank@lawfirmokc.com

                              *Attorney for Defendant Andrewe Steven Hansen*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of November, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing, which will automatically send e-mail notification of such filing to all attorneys of record.

                              /s/ Henry A. Meyer, III
                              Henry A. Meyer, III