## Sentencing Minute Sheet

**Date**: December 11th, 2023                **Total Time**: 47 minutes

**Criminal Case No.**: CR-22-380-R-2            **USA v. Andrewe Steven Hansen**

**Judge David L. Russell**                              **C.R. Deputy** Kira Murphey

**Court Reporter** Emily Cripe                       **Probation Officer**: Megan Hicks

**Counsel for Plaintiff**: Mary E. Walters

**Counsel for Defendant**: Henry A. Meyer, III

Defendant appears in person with court appointed counsel.

Presentence Investigation Report is accepted as submitted.

Count 3 of the indictment dismissed as per order filed.

Defendant is sentenced to custody of Bureau of Prisons for a term of 3 months.

(X)    shall participate in the Inmate Financial Responsibility Program while incarcerated.

A fine is not imposed. Restitution is not ordered.

Upon expiration of the sentence imposed herein, defendant shall serve a term of supervised release of 1 year.

(X)    shall comply with the standard conditions of supervised release adopted by this Court; shall not possess a firearm or other destructive device; shall cooperate in the collection of DNA as directed by law.

(X)    shall comply with the special conditions listed in PART D of the Presentence Investigation Report.

Defendant ordered to pay a special assessment fee in the amount of $100.00, due immediately.

Defendant advised of right to appeal, including to appeal in forma pauperis.

Court orders commitment to the custody of the Bureau of Prisons.

Execution of sentence stayed until 12:00 noon on Friday, January 5th, 2024, at which time defendant's court appearance bond will be exonerated.  Defendant to remain on present bond until he reports to designated prison.