Nina Nguyen
7251 NW 215th Street
Edmond, OK 73012
405-638-6376
nina.nguyen@alumni.ou.edu



January 28th, 2025

**The Honorable Judge David L. Russell**
William J. Holloway, Jr. United States Courthouse
200 NW 4th Street
Room 3309, Courtroom 302 (Third floor)
Oklahoma City, OK 73102

Dear Judge Russell,

I hope this letter finds you well. I am writing to respectfully request your consideration for early termination of my supervised release. Since being placed on supervised release, I have worked diligently to comply with all requirements and have made significant progress in finding a better version of myself. I am fully committed to living as an upstanding citizen and am seeking to further my personal and professional goals.

I have successfully completed nine months of my twelve month supervised release period without any issues and have consistently demonstrated full compliance with all conditions set forth by the court. Throughout my time incarcerated and under supervised release, I have actively sought out opportunities to give back, ensuring that my actions positively impact those around me. I am proud to report that I have demonstrated responsibility and accountability in all aspects of my life. I understand the importance of this second chance and have taken full advantage of the opportunities to learn and grow from past mistakes.

Currently, I am employed under Kelsea Mills in a role that supports her vocational rehabilitation work. I summarize and compile various medical records for disability/worker's compensation cases. This position has been incredibly fulfilling, as I find deep satisfaction in working with vocational rehabilitation. I feel my values in healthcare are reflected in this field, as I am committed to supporting marginalized individuals in society and empowering them to overcome barriers. The work I do is not only rewarding but reinforces my passion for helping others and my desire to continue supporting people in meaningful ways.

If you require additional verification of my progress, please feel free to contact my probation officers, Jessica Brocz (405-850-9909) or Samantha Wichert (405-609-5894), who can provide detailed information regarding my compliance and efforts during my supervised release period.

I would be grateful for your consideration of my request to terminate my remaining supervised release term early as I continue to work toward a brighter future. I appreciate the opportunity to be heard, and I remain fully committed to maintaining the high standards expected of me.

Sincerely,
Nina Nguyen
Case 5:22-CR-00380-R