UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-22-380-R |
| ) | |
| NINA NGUYEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed a motion for early termination of her supervised release [Doc. No. 87]. While the Court is pleased with Defendant's adjustment post sentencing, after review of the record, declines to grant the motion.

IT IS SO ORDERED this 26th day of February, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE